AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA

VS

CHRISTOPHER THIBODEAU

## APPEARANCE

Case Number: 1:07MJ100A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Christopher Thibodeau

I certify that I am admitted to practice in this court.

10-12-07

Date

[signature]

Signature

JOHN M CICILLINE 3350

Print Name Bar Number

387 ATWELLS AVE

Address

PROV. R.I. 02909

City State Zip Code

273-5600

Phone Number Fax Number