AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Christopher J Thibodeau

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07MJ100A

I, Christopher J Thibodeau, charged in a ☑ complaint ☐ petition pending in this District with Robbery in violation of Title 18, U.S.C., 2113 (a) and (d), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

Chris Thibodeau
*Defendant*

10-12-07
*Date*

John M Cicilline
*Counsel for Defendant*