AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
OCT 03 2007
RHODE ISLAND

# United States District Court

DISTRICT OF District of Rhode Island

UNITED STATES OF AMERICA

v.

CHRISTOPHER M. THIBODEAU

## WARRANT FOR ARREST

CASE NUMBER: 1:07MJ100A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHRISTOPHER M. THIBODEAU
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

by force, violence and intimidation, did knowingly take from the person and presence of another money belonging to and in the care, custody, control, management and possession of BankRI, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did assault and put in jeopardy the life of another person by the use of a dangerous weapon

in violation of Title 18 United States Code, Section(s) 2113(a) and (d)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

10/3/07 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI | | |
| DATE RECEIVED 10/03/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/12/07 | | |

This form was electronically produced by Elite Federal Forms, Inc.