**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
vs. ) No. 1:07-MJ-100A
)
CHRISTOPHER THIBODEAU )

**MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves to exclude the period of November 6, 2007 through December 10, 2007 from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this motion, the government states as follows:

1. Counsel for the government and for the defendant are currently engaged in plea negotiations which may lead to a prompt resolution of the matter by way of information, thereby conserving judicial resources.

2. Counsel for the government wishes to provide counsel with certain discovery materials and a proposed plea agreement in order to facilitate plea negotiations. Counsel for the defendant will require time to review these materials with the defendant.

3. In a telephone message left for government's counsel on October 31, 2007, defendant's counsel stated he had no objection to a 30-day extension.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh both the interest of the defendant and the interest of the public in a speedy indictment and/or trial.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden

KENNETH P. MADDEN
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 6th day of November, 2007, I electronically filed and served the Within Motion To Exclude Time Under The Speedy Trial Act to:

John M. Cicilline, Esq.
Law Offices
387 Atwells Avenue
Providence, RI 02909.

/s/ Kenneth P. Madden
KENNETH P. MADDEN
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680