FILED
JAN 3 1 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 08 07 ML |
| vs. | ) | In violation of 18 U.S.C. §§ 2, 371 & |
| | ) | 2113(a) & (d) |
| CHRISTOPHER M. THIBODEAU | ) | |

INFORMATION

The United States Attorney for the District of Rhode Island charges that:

COUNT I

THE CONSPIRACY AND ITS OBJECT

1. From a time unknown up to and including on or about June 29, 2007, in the District of Rhode Island, the Defendant, CHRISTOPHER M. THIBODEAU, and DENNIS R. EVANS, a co-conspirator but not a named defendant, did knowingly, intentionally and wilfully combine, conspire, confederate and agree with each other to commit an offense against the United States of America, namely, by force, violence and intimidation, knowingly take from the person and presence of another, money, namely approximately thirty-seven thousand five hundred fifty-three (37,553) dollars belonging to and in the care, custody, control, management and possession of Bank Rhode Island, the deposits of which were then insured by the Federal Deposit and Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

MANNER AND PURPOSE OF THE CONSPIRACY

2. It was a part of the conspiracy that the Defendant and DENNIS R. EVANS would enter a branch of Bank Rhode Island located on Plainfield Pike in Cranston, Rhode Island and knowing take by force, violence and intimidation money belonging to and in the care, custody,

control, management and possession of Bank Rhode Island.

OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following Overt Acts, among others, were committed in the District of Rhode Island:

3. On or about June 26, 2007, DENNIS R. EVANS was at the residence of Defendant CHRISTOPHER M. THIBODEAU at 29 Lincoln Avenue in Cranston, Rhode Island.

4. On or about June 27, 2007, the Defendant and DENNIS R. EVANS entered a K-Mart store in Cranston, Rhode Island.

5. On or about June 27, 2007, the Defendant and DENNIS R. EVANS purchased two baseball-style caps and latex gloves from a K-Mart store in Cranston, Rhode Island.

6. On or about June 29, 2007, the Defendant and DENNIS R. EVANS traveled in a stolen motor vehicle to a branch of Bank Rhode Island located on Plainfield Pike in Cranston, Rhode Island.

7. On or about June 29, 2007, the Defendant and DENNIS R. EVANS entered a branch of Bank Rhode Island located on Plainfield Pike in Cranston, Rhode Island.

8. On or about June 29, 2007, when the Defendant and DENNIS R. EVANS entered a branch of Bank Rhode Island located on Plainfield Pike in Cranston, Rhode Island, they wore baseball-style caps and latex gloves.

9. On or about June 29, 2007, when the Defendant and DENNIS R. EVANS were inside a branch of Bank Rhode Island located on Plainfield Pike in Cranston, Rhode Island, they wore masks over their faces.

10. On or about June 29, 2007, when the Defendant and DENNIS R. EVANS entered a branch of Bank Rhode Island located on Plainfield Pike in Cranston, Rhode Island, one of them

had a trash bag.

11. On or about June 29, 2007, when the Defendant and DENNIS R. EVANS entered a branch of Bank Rhode Island located on Plainfield Pike in Cranston, Rhode Island, one of them carried what appeared to be a handgun.

12. On or about June 29, 2007, when the Defendant and DENNIS R. EVANS entered a branch of Bank Rhode Island located on Plainfield Pike in Cranston, Rhode Island, one of them carried a large locking device for a motor vehicle steering wheel.

13. On or about June 29, 2007, the Defendant and DENNIS R. EVANS forcibly took money belonging to and in the care, custody, control, management and possession of Bank Rhode Island.

14. On or about June 29, 2007, the Defendant and DENNIS R. EVANS fled from the branch of Bank Rhode Island located on Plainfield Pike in Cranston, Rhode Island in a stolen motor vehicle.

in violation of 18 U.S.C. § 371.

## COUNT II

On or about June 29, 2007, in the District of Rhode Island, the Defendant, CHRISTOPHER M. THIBODEAU, by force, violence and intimidation, did knowingly take from the person and presence of another, money, namely approximately thirty-seven thousand five hundred fifty-three (37,553) dollars belonging to and in the care, custody, control, management and possession of Bank Rhode Island, the deposits of which were then insured by the Federal Deposit and Insurance Corporation, and in committing such offense the Defendant,

CHRISTOPHER M. THIBODEAU, did knowingly assault and put in jeopardy the life of another person by use of a dangerous weapon;

in violation of 18 U.S.C. §§ 2 and 2113(a) & (d).

INFORMATION SIGNED AND RETURNED:

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
Assistant U. S. Attorney

Stephen G. Dambruch
Assistant U. S. Attorney
Criminal Chief

Dated: 1-30-2008