AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

CASE NUMBER: CR 08-07ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Christopher M. Thibodeau

I certify that I am admitted to practice in this court.

2-4-08
*Date*

John M Cicilline
*Signature*

JOHN M CICILLINE 3350
*Print Name* *Bar Number*

387 ATWELLS AVE
*Address*

PROV RI 02909
*City* *State* *Zip Code*

273-5600 454-5600
*Phone Number* *Fax Number*

This form was electronically produced by John Bichells and Richard Jones using Omniform Internet Publisher.