U.S. DISTRICT COURT
DISTRICT OF R.I.
JAN 31 2008
RECEIVED

AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
CHRISTOPHER M. THIBODEAU

WAIVER OF INDICTMENT

CASE NUMBER: CR 08 07ML

I, CHRISTOPHER M. THIBODEAU, the above named defendant, who is accused of

Armed Bank Robbery and Conspiracy To Commit Bank Robbery

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-4-08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Christopher M. Thibodeau
Defendant

John M Cicilline
Counsel for Defendant

Before [signature]
Judicial Officer USMJ

This form was electronically produced by Elite Federal Forms, Inc.