IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 08-007ML
)
CHRISTOPHER M. THIBODEAU )

GOVERNMENT'S NOTICE OF INTENT TO REQUEST AN UPWARD
DEPARTURE UNDER THE UNITED STATES SENTENCING GUIDELINES

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, Assistant United States Attorney, and hereby gives notice that it will request an upward departure from the Defendant's guidelines range as computed by the United States Probation Officer under the advisory United States Sentencing Guidelines on the grounds of understated criminal history. The government will file a supporting memorandum of law.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 22nd day of May, 2008, I electronically filed and served the Within Government's Notice Of Intent To Request An Upward Departure Under The United States Sentencing Guidelines, to:

John M. Cicilline, Esq.
Law Offices
387 Atwells Avenue
Providence, RI 02909

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680