IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Cr. No. 08-007ML |
| | ) |
| CHRISTOPHER M. THIBODEAU | ) |

GOVERNMENT'S NOTICE OF INTENT TO REQUEST A
VARIANCE UNDER THE UNITED STATES SENTENCING GUIDELINES

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, Assistant United States Attorney, and hereby gives notice that it will request a variance from the Defendant's guidelines range as computed by the United States Probation Officer under the advisory United States Sentencing Guidelines. The government will file a supporting memorandum of law.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 2nd day of June, 2008, I electronically filed and served the Within Government's Notice Of Intent To Request An Upward Departure Under The United States Sentencing Guidelines, to:

John M. Cicilline, Esq.
Law Offices
387 Atwells Avenue
Providence, RI 02909

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680