# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case Nos. CR 08-007ML/CR 94-024-02ML***

***To: Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Christopher M. Thibodeau,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **27th** day of **June, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: February 27, 2008.

David A. DiMarzio, Clerk

**Sentencing Hearing & Final Revocation Hearing**

***By***
***John Duhamel - Deputy Clerk***